IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT STEVEN GOLDTHREAD,            No. CIV S-05-0283-FCD-CMK-P

    Petitioner,

  vs.                                                          ORDER

JEANNE S. WOODFORD, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On January 9, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days.  Petitioner has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations filed January 9, 2006, are adopted in full;

4      2.    Petitioner's petition for a writ of habeas corpus is denied; and

5      3.    The Clerk of the Court is directed to enter judgment and close this file.

DATED: March 1, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge